Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. James R. Mansfield, defendant in error, v. City of Chicago et al., plaintiffs in error. Gen. No. 24,910.

Mandamus to compel city to restore relator to police department

as police operator. Writ awarded. Error to the Circuit Court of Cook county; the Hon. John Gibbons, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and judgment entered *nunc pro tunc*. Opinion filed April 21, 1920.

Samuel A. Ettelson, for plaintiffs in error; Roy S. Gaskill, of counsel. No appearance for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.